UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| VALENCIA GARNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CV416-238 |
| | ) |
| U.S. ATTORNEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Proceeding *pro se*, Valencia Garner brings this 42 U.S.C. § 1983 action against the U.S. Attorney's Office of the Northern District of Georgia, the Federal Bureau of Investigation and "Federal Police" Atlanta offices, various employees of "Pacers Service Center," the Atlanta location and office manager of an LA Fitness Center, the Morrow location and operations manager of Uniform Advantage, and "U.S. Direct Express, Agency for The U.S. Department of Treasury, Financial Management Service." Doc. 1 at 1-2. Defendants, and Garner herself, are all residents of counties in the Northern District of Georgia.

Because her claims arise from events that took place in Clayton and Fulton Counties and defendants are all located there, the proper forum

for this case is the United States District Court for the Northern District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); 28 U.S.C. § 90. The Clerk is **DIRECTED** to transfer this case to the Northern District for all further proceedings.

    **SO ORDERED**, this  14th  day of September, 2016.

*[Signature:␣␣␣Smith]*

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA